NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-3143 |
| Plaintiff - Appellee, | D.C. No. 2:14-cr-00240-DC-1 |
| v. | |
| TORIANO STEVENSON, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Dena M. Coggins, District Judge, Presiding

Submitted November 12, 2025**

Before: SCHROEDER, RAWLINSON, and NGUYEN, Circuit Judges.

Toriano Stevenson appeals from the district court's judgment revoking

supervised release and imposing a sentence of 4 months' imprisonment and 24

months' supervised release.

Stevenson's counsel filed a brief under *Anders v. California*, 386 U.S. 738

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

(1967), stating that there are no non-frivolous arguments for appeal. Stevenson has not filed a pro se supplemental brief.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous arguments to be made on direct appeal.

Counsel's motion to withdraw is granted.

**AFFIRMED.**